Larry WAGNER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60720.

Missouri Court of Appeals,
Western District.

Dec. 10, 2002.

Nancy A. McKerrow, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Joel A. Block, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BRECKENRIDGE, P.J., HOWARD and HOLLIGER, JJ.

### ORDER

PER CURIAM.

Larry Wagner appeals the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Mr. Wagner filed the Rule 24.035 motion after he pled guilty to the class A felony of second degree murder, § 565.021, RSMo 2000, and to the class C felony of assault in the second degree, § 565.060, RSMo 2000. On appeal, Mr. Wagner argues that his plea was not made knowingly, voluntarily, and intelligently because his counsel did not inform him that a jury could convict him of a lesser offense. This court finds that Mr. Wagner's guilty plea was voluntary because, contrary to his claim, his counsel had no duty to inform him that a jury could convict him of a lesser offense. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the motion court is affirmed. Rule 84.16(b).